UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HAYNES | * | CIVIL ACTION NO.: |
| | * | |
| | * | SECTION: |
| VERSUS | * | |
| | * | JUDGE: |
| TAKE 5 PROPERTIES SPV LLC; | * | |
| TAKE 5 LLC; | * | MAGISTRATE: |
| DRIVEN BRANDS SHARED SERVICES | * | |
| LLC; TAKE 5 OIL CHANGE LLC; | * | |
| DRIVEN SYSTEMS LLC; DRIVEN | * | |
| BRANDS, INC.; AND DRIVEN BRANDS | * | |
| HOLDINGS INC. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF REMOVAL**

TO:  Clerk of Court
United States District Court
Middle District of Louisiana
777 Florida Street, Suite 139
Baton Rouge, LA 70801

Defendants, Take 5 Properties SPV LLC, Take 5, LLC, and Driven Brands Shared Services, LLC (hereinafter referred to as "Defendants"), by and through undersigned counsel, hereby gives notice of the removal of this action from the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, to the United States District Court for the Middle District of Louisiana. In support of the Notice of Removal, Defendants state as follows:

1.

The above-titled case was originally filed on February 22, 2022, in the 19th Judicial District Court, Parish of Baton Rouge, State of Louisiana, as docket number C-716192, Section "30."[1]

---

[1] See Exhibit No. 1, Conformed copy of Petition for Damages.

2.

In the Petition for Damages, plaintiff, David Haynes, alleges that he suffered injuries on March 8, 2021, while having his car serviced at the Take 5 Oil Change store located at 4504 Highway 19 in East Baton Rouge Parish, State of Louisiana, when he was told by an employee to exit his vehicle and walk around to the front so he could be shown something found on inspection at which time the plaintiff stepped into a hidden portion of the oil change pit and fell through receiving multiple injuries.[2]

3.

A copy of the Petition for Damages was served on defendant, Take 5 Properties SPV LLC, on February 28, 2022, through its agent for service of process.[3]

4.

A copy of the Petition for Damages was served on defendant, Take 5, LLC, on February 28, 2022, through its agent for service of process.[4]

5.

A copy of the Petition for Damages was served on defendant, Driven Brands Shared Services, LLC, on February 28, 2022, through its agent for service of process.[5]

6.

---

[2] See Exhibit No. 1, Petition for Damages, ¶¶'s 2, 7-14, and 24.
[3] See Exhibit No. 2, Service copy of Citation, Take 5 Properties SPV LLC.
[4] See Exhibit No. 3, Service copy of Citation, Take 5, LLC.
[5] See Exhibit No. 4, Service copy of Citation, Driven Brands Shared Services, LLC.

The United States District Court for the Middle District of Louisiana is the court embracing the venue wherein this action is pending in state court.

7.

With respect to David Haynes' alleged injuries, he specifically alleges that he "…sustained injuries to his head, neck, back, shoulder, arms elbows, and wrists, as well as other parts of his body…" Plaintiff further asserts that his damages "…exceed the requisite amount for the right to a jury trial and for jurisdiction of federal courts." [6]

9.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. 1332, 1441, and 1446.

## I. DIVERSITY OF CITIZENSHIP

10.

This action is properly removed to this Court pursuant to 28 U.S.C. 1332 and 1441, in that the plaintiff is of diverse citizenship from all defendants, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

11.

At the time of the filing of the Petition for Damages, plaintiff was a resident of and domiciled in the Parish of East Baton Rouge, State of Louisiana.[7]

12.

At the time of the filing of the Petition for Damages, defendant, Take 5 Properties SPV LLC, was a Delaware limited liability company, and its sole member is Driven Brands Funding, LLC. Driven Brands Funding, LLC is a Delaware limited liability company and its sole member

---

[6] See Exhibit "1," Petition for Damages at ¶¶'s 24 and 25.
[7] See Exhibit "1", Petition for Damages, introductory paragraph.

is Driven Funding HoldCo, LLC. Driven Funding HoldCo, LLC is a Delaware limited liability company and its sole member is Driven Brands, Inc. Driven Brands, Inc. is a Delaware corporation with its principal place of business located at 440 S. Church Street, Suite 700, Charlotte, North Carolina 28202. Thus, for jurisdictional purposes, Driven Brands Inc., and in turn, Take 5 Properties SPV LLC, were citizens of both Delaware and North Carolina.

13.

At the time of the filing of the Petition for Damages, defendant, Take 5, LLC, was a North Carolina limited liability company and its sole member is co-defendant, Take 5 Oil Change, LLC. Take 5 Oil Change, LLC is a Delaware limited liability company and its sole member is T5 Holding, LLC. T5 Holding, LLC is a Delaware limited liability company and its sole member is Driven Sister Holdings, LLC. Driven Sister Holdings, LLC is a Delaware limited liability company and its sole member is Driven Brands, Inc. Driven Brands, Inc. is a Delaware corporation with its principal place of business located at 440 S. Church Street, Suite 700, Charlotte, North Carolina 28202. Thus, for jurisdictional purposes, Driven Brands, Inc., and in turn, Take 5, LLC and Take 5 Oil Change, LLC, are citizens of both Delaware and North Carolina.

14.

At the time of the filing of the Petition for Damages, defendant, Driven Brands Shared Services, LLC, was a Delaware limited liability company and its sole member is Driven Brands, Inc. Driven Brands, Inc. is a Delaware corporation with its principal place of business located at 440 S. Church Street, Suite 700, Charlotte, North Carolina 28202. Thus, for jurisdictional purposes, Driven Brands, Inc., and in turn, Driven Brands Shared Services, LLC, were citizens of both Delaware and North Carolina.

15.

At the time of the filing of the Petition for Damages, defendant, Driven Systems, LLC, was a Delaware limited liability company and its sole member is Driven Brands Funding, LLC. Driven Brands Funding, LLC is a Delaware limited liability company and its sole member is Driven Funding HoldCo, LLC.  Driven Funding HoldCo, LLC is a Delaware limited liability company and its sole member is Driven Brands, Inc.  Driven Brands, Inc. is a Delaware corporation with its principal place of business located at 440 S. Church Street, Suite 700, Charlotte, North Carolina 28202. Thus, for jurisdictional purposes, Driven Brands Inc., and in turn, Driven Systems, LLC, were citizens of both Delaware and North Carolina.

16.

There is complete diversity of citizenship.  Plaintiff is a Louisiana citizen.  All Defendants are domiciled and/or have their principal place of business in states other than Louisiana.

## II. AMOUNT IN CONTROVERSY

17.

The plaintiff's petition asserts that the amount in controversy exceeds the requisite amount for federal court jurisdiction. The Louisiana Code of Civil Procedure specifically states that:

> The prayer for relief shall be for such damages as are reasonable in the premises except that if a specific amount of damages is necessary to establish the jurisdiction of the court, the right to a jury trial, **the lack of jurisdiction of federal courts due to insufficiency of damages**, or for other purposes, a general allegation that the claim exceeds or is less than the requisite amount is required.

La. Code Civ. P. Art 893 A (1) (emphasis added).  Thus, if the amount of plaintiffs' alleged damages were in fact less than $75,000, plaintiff was **required** by the Louisiana Code of Civil Procedure to allege that fact.  Sweeney v. Petco, 2009 WL 4019755 (E.D. La. Nov. 19, 2009). Here, the plaintiff has alleged that his damages exceeds the $75,000 threshold amount.

18.

Based on the petition for damages, it is apparent that the amount in controversy exceeds $75,000.

### III. REMOVAL IS TIMELY

24.

Suit was filed on February 22, 2022. Defendants, Take 5 Properties SPV LLC, Take 5, LLC, and Driven Brands Shared Services, LLC were all served on February 28, 2022, and were the only defendants served at the time of the filing of this notice of removal. Accordingly, this removal is filed in accordance with 28 U.S.C. § 1446(a).

25.

Defendant, EMC, asserts that this Honorable Court has original jurisdiction over the aforementioned lawsuit pursuant to 28 U.S.C. §1332, in that the plaintiff is diverse in citizenship from the defendants named in the Petition for Damages and the amount in controversy is in excess of $75,000.

26.

Defendant is entitled to remove this case to this Honorable Court for disposition pursuant to the removal provisions of 28 U.S.C. §1441.

27.

Undersigned counsel will represent all served defendants in this matter, and all defendants have agreed to the filing of the removal.

28.

Pursuant to 28 U.S.C. § 1446(d), plaintiffs are being provided with a copy of this Notice of Removal, and a copy of this Notice of Removal is being filed with the Clerk of the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

29.

Attached hereto is a copy of the Petition for Damages filed in the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana., as well as all pleadings and documents filed in the record to date.[8]

30.

Consistent with the provisions of 28 U.S.C. §1446(d), no further proceedings shall be had in this matter in the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

31.

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel hereby certifies that he has read the forgoing Notice of Removal that to the best of his knowledge, information, and belief formed after reasonable inquiry, it is well-grounded in fact and is warranted by existing law, and it is not interposed for any improper purpose.

31.

By filing this Notice of Removal, defendants, do not waive and hereby reserve all defenses and objections to the Petition for Damages.

**WHEREFORE**, defendants, Take 5 Properties SPV LLC, Take 5, LLC, and Driven Brands Shared Services, LLC., pray that the lawsuit entitled, *David Haynes vs. Take 5 Properties SPV LLC, Take 5 LLC, Driven Brands Shared Services, LLC, Take 5 Oil Change, LLC, Driven*

---

[8] See Exhibit No. 5, State Court Record.

*Systems, LLC, Driven Brands, Inc. and Driven Brands Holdings, Inc.,* now pending in the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, and bearing docket number C-716192, Section "30" be removed to this, the United States District Court for the Middle District of Louisiana, and for all just and equitable relief as allowed by law.

        Respectfully submitted,

        **LAW OFFICES OF JULIE E. VAICIUS**
Employees of a Subsidiary of The Hartford
Financial Services Group, Inc.

/s/ Daniel R. Atkinson, Jr.
DANIEL R. ATKINSON, JR., T.A. (#18103)
Julie E. Vaicius, Bar # 27456
Erin O. Braud, Bar # 30008
3900 N. Causeway Blvd., Suite 1040
Metairie, Louisiana 70002
Telephone:  504-837-6687
Facsimile:   877-369-4892
daniel.atkinson@thehartford.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of March, 2022, a copy of the foregoing Notice of Removal of Civil Action was transmitted via electronic mail and mailed to all counsel.

/s/ Daniel R. Atkinson, Jr.
DANIEL R. ATKINSON, JR.