| | |
|---|---|
| DAVID HAYNES | NUMBER:_____ SEC:_____ |
| VERSUS | |
| | 19TH JUDICIAL DISTRICT COURT |
| TAKE 5 PROPERTIES SPV LLC; | |
| TAKE 5 LLC; | |
| DRIVEN BRANDS SHARED SERVICES, LLC; | PARISH OF EAST BATON ROUGE |
| TAKE 5 OIL CHANGE LLC; | |
| DRIVEN SYSTEMS LLC; | |
| DRIVEN BRANDS, INC.; AND | |
| DRIVEN BRANDS HOLDINGS INC. | STATE OF LOUISIANA |

**PETITION FOR DAMAGES**

The petition of **DAVID HAYNES**, of legal age and a citizen of the State of Louisiana, respectfully represents:

1.

Made defendants herein are:

A. **TAKE 5 PROPERTIES SPV LLC**, a foreign limited liability company that derives its citizenship from all of its members, whether persons, corporations, or non-corporate entities, and including any members of those non-corporate entities, and which is registered and authorized to do business in the State of Louisiana;

B. **TAKE 5 LLC**, a foreign limited liability company that derives its citizenship from all of its members, whether persons, corporations, or non-corporate entities, and including any members of those non-corporate entities, and which is registered and authorized to do business in the State of Louisiana;

C. **DRIVEN BRANDS SHARED SERVICES, LLC**, a foreign limited liability company that derives its citizenship from all of its members, whether persons, corporations, or non-corporate entities, and including any members of those non-corporate entities, and which is registered and authorized to do business in the State of Louisiana;

D. **TAKE 5 OIL CHANGE LLC**, a foreign limited liability company that derives its citizenship from all of its members, whether persons, corporations, or non-corporate entities, and including any members of those non-corporate entities, and which is not registered and authorized to do business in the State of Louisiana, but which is nevertheless amenable to jurisdiction of this court by virtue of transacting business in this state and by causing injury or damage by an offense or quasi-offense committed through an act or omission in this state;

E. **DRIVEN SYSTEMS LLC**, a foreign limited liability company that derives its citizenship from all of its members, whether persons, corporations, or non-corporate entities, and including any members of those non-corporate entities, and which is not registered and authorized to do business in the State of Louisiana, but which is nevertheless amenable to jurisdiction of this court by virtue of transacting business in this state and by causing injury or damage by an offense or quasi-offense committed through an act or omission in this state;

F. **DRIVEN BRANDS, INC.**, a foreign limited liability company that derives its citizenship from all of its members, whether persons, corporations, or non-corporate entities, and including any members of those non-corporate entities, and which is not registered and authorized to do business in the State of Louisiana, but which is nevertheless amenable to jurisdiction of this court by virtue of transacting business in this state and by causing injury or damage by an offense or quasi-offense committed through an act or omission in this state; and

G. **DRIVEN BRANDS HOLDINGS INC.**, a foreign limited liability company that derives its citizenship from all of its members, whether persons, corporations, or non-corporate entities, and including any members of those non-corporate entities, and which is not registered and authorized to do business in the State of Louisiana, but which is nevertheless amenable to jurisdiction of this court by virtue of transacting business in this state and by causing injury or damage by an offense or quasi-offense committed through an act or omission in this state.

2.

On or about March 8, 2021, plaintiff, **DAVID HAYNES**, had his vehicle serviced at the Take 5 Oil Change located at 4504 Highway 19 in East Baton Rouge Parish, State of Louisiana.

3.

At all pertinent times herein, the Take 5 Oil Change where the accident sued on occurred was a company store location owned and operated by **TAKE 5 PROPERTIES SPV LLC**; **TAKE 5 LLC**; **DRIVEN BRANDS SHARED SERVICES, LLC**; **TAKE 5 OIL CHANGE LLC**; **DRIVEN SYSTEMS LLC**; **DRIVEN BRANDS, INC.**; and/or **DRIVEN BRANDS HOLDINGS INC.**, hereinafter referred to collectively as the "Take 5 Defendants."

4.

Upon departing the Take 5 Oil Change, Plaintiff observed oil deposits inside and outside of his vehicle, including on top of the engine, which caused a strong order and smoke to emit from the engine compartment.

5.

Plaintiff returned to the Take 5 Oil Change and parked his vehicle in the parking lot.

6.

Plaintiff advised one or more Take 5 Oil Change employees and/or agents of the existence of the oil in and on his vehicle.

7.

After initially inspecting the vehicle in the parking lot, one or more Take 5 Oil Change employees and/or agents directed Plaintiff to drive his vehicle into the oil change bay for further inspection.

8.

Plaintiff followed the instruction given by the Take 5 Oil Change employees and/or agents and drove his vehicle into the oil change bay and stopped when directed to do so by the employees and/or agents.

9.

Once the vehicle stopped, a Take 5 Oil Change employee and/or agent known only as "Deon G" stood in front of Plaintiff's vehicle and opened the hood to inspect the oil on the engine.

10.

Deon G instructed Plaintiff to exit his vehicle in order to show him where the oil deposits were located on the engine.

11.

Plaintiff followed Deon G's instructions and exited his vehicle.

12.

Plaintiff walked along the driver's side of the vehicle with Deon G and other Take 5 Oil Change employees and/or agents next to him as they looked into the vehicle's engine compartment at the oil deposits.

13.

As Plaintiff stepped around the front of his vehicle in continuance of the inspection, he suddenly and without warning stepped into a small hidden portion of the oil change pit that unbeknownst to him was not covered by his vehicle.

14.

Plaintiff fell approximately four feet and struck portions of his body on equipment located inside of the oil change pit.

15.

Subsequent to the fall, Deon G reached into the oil change pit and grabbed Plaintiff by the arm and/or wrist and pulled him upwards from the oil change pit.

16.

At all pertinent times, the Take 5 Oil Change employees and/or agents were employees and/or agents of one or more of the Take 5 Defendants, thus rendering said defendants vicariously liable for their fault pursuant to the doctrine of *respondeat superior*.

17.

The accident and resulting harm would not have occurred but for the actions of the employees and/or agents of the Take 5 Defendants in instructing Plaintiff to exit his vehicle to show them the oil deposits in the engine compartment while the vehicle was parked in the oil change bay and over the oil change pit.

18.

The employees and/or agents of the Take 5 Defendants violated applicable rules, regulations, policies, and procedures.

19.

The employees and/or agents of the Take 5 Defendants knew or should have known in the exercise of reasonable care that their actions would expose Plaintiff to an unreasonable risk of injury or harm.

20.

The employees and/or agents of the Take 5 Defendants breached their duty of exercising reasonable care for the safety of persons, and specifically Plaintiff, on their premises and the duty of not exposing such persons to unreasonable risks of injury or harm.

21.

The employees and/or agents of the Take 5 Defendants exposed Plaintiff to an unreasonable risk of injury or harm.

22.

Plaintiff's damages were caused by the fault of one or more of the Take 5 Defendants and

their employees and/or agents, thereby obliging the Take 5 Defendants to repair the damages pursuant to La. C.C. art. 2315.

23.

Additionally, or in the alternative, one or more of the Take 5 Defendants are liable unto Plaintiff pursuant to La. C.C. art. 2316 for their negligence, imprudence, or want of skill.

24.

As a result of the incident sued on herein, Plaintiff sustained injuries to his head, neck, back, shoulder, arms, elbows, and wrists, as well as to other parts of his body, all of which have caused and will continue to cause Plaintiff past and future pain and suffering, past and future mental anguish and emotional distress, past and future loss of enjoyment of life, past and future medical and related expenses, and past and future loss of wages and earning capacity, for which harms and losses one or more of the Take 5 defendants are liable *in solido* to the extent provided for by law.

25.

Plaintiff is entitled to all damages as are reasonable in the premises, which damages exceed the requisite amount for the right to a jury trial and for jurisdiction of federal courts.

**WHEREFORE, DAVID HAYNES**, prays that after due proceedings are had, there be judgment in his favor and against defendants, **TAKE 5 PROPERTIES SPV LLC; TAKE 5 LLC; DRIVEN BRANDS SHARED SERVICES, LLC; TAKE 5 OIL CHANGE LLC; DRIVEN SYSTEMS LLC; DRIVEN BRANDS, INC.; and DRIVEN BRANDS HOLDINGS INC.**, *in solido* to the extent provided for by law, for all damages as are reasonable in the premises, together with legal interest on all sums awarded from date of judicial demand (until paid), and casting defendant with all costs of these proceedings, including legal interest thereon from date incurred (until paid).

Respectfully submitted by
Attorneys for Plaintiff:
**DUÉ GUIDRY PIEDRAHITA ANDREWS L.C.**

By: _____
Kirk A. Guidry, Sr., La. Bar Roll #20842
B. Scott Andrews, La. Bar Roll #24280
C. Scott Courrege, La. Bar Roll #37991

8201 Jefferson Highway
Baton Rouge, Louisiana 70809
Tel: (225) 929-7481
Fax: (225) 924-4519
Email: scourrege@dueguidry.com

**SERVICE INFORMATION:**

Please serve **TAKE 5 PROPERTIES SPV LLC**, through its agent for service of process, Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, Louisiana 70802.

Please serve **TAKE 5 LLC**, through its agent for service of process, Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, Louisiana 70802.

Please serve **DRIVEN BRANDS SHARED SERVICES, LLC**, through its agent for service of process, Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, Louisiana 70802.

**Long Arm Service:**

    **TAKE 5 OIL CHANGE LLC** is to be served via the Louisiana Long Arm Statute.

    **DRIVEN SYSTEMS LLC** is to be served via the Louisiana Long Arm Statute.

    **DRIVEN BRANDS, INC.** is to be served via the Louisiana Long Arm Statute.

    **DRIVEN BRANDS HOLDINGS INC.** is to be served via the Louisiana Long Arm Statute.

# RETURN COPY



D8468662

## CITATION

**DAVID HAYNES**
(Plaintiff)

VS

**TAKE 5 PROPERTIES SPV LLC, ET AL**
(Defendant)

NUMBER C-716192 "30"

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO: **TAKE 5 PROPERTIES SPV LLC**
THROUGH ITS AGENT FOR SERVICE OF PROCESS,
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
3. **21 DAYS** of the date you were served with the petition; **OR**
4. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **FEBRUARY 22, 2022.**



*Myrihh Rosette*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: COURREGE, C. SCOTT**
*The following documents are attached: **PETITION FOR DAMAGES**

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.
**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.
**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.   **I made service on the named party**
**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.  **by tendering a copy of this document on this day**

SERVICE:$_____
MILEAGE$_____
TOTAL: $_____

Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

FEB 28 2022

*M Hardin* recard
by: *Q. Shan* 2140
**Deputy Sheriff, Parish of East Baton Rouge, LA**

# RETURN COPY



D8468647

## CITATION

**DAVID HAYNES**
(Plaintiff)

**VS**

**TAKE 5 PROPERTIES SPV LLC, ET AL**
(Defendant)

**NUMBER C-716192 "30"**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO: **TAKE 5 LLC**
**THROUGH ITS AGENT FOR SERVICE OF PROCESS,**
**CORPORATION SERVICE COMPANY**
**501 LOUISIANA AVENUE**
**BATON ROUGE, LA 70802**

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
3. **21 DAYS** of the date you were served with the petition; **OR**
4. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **FEBRUARY 22, 2022.**



*Myrikla Rosette*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: COURREGE, C. SCOTT**
*The following documents are attached: **PETITION FOR DAMAGES**

### SERVICE INFORMATION:

Received on the ____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

I made service on the named party

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

by tendering a copy of this document on this day

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

FEB 28 2022

*M. Hardin, rewrk*
*by. Q. Shaw 2140*

Deputy Sheriff, Parish of East Baton Rouge, LA

# RETURN COPY



D8468670

## CITATION

**DAVID HAYNES**
(Plaintiff)

**VS**

**TAKE 5 PROPERTIES SPV LLC, ET AL**
(Defendant)

NUMBER C-716192 "30"

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:  DRIVEN BRANDS SHARED SERVICES, LLC
THROUGH ITS AGENT FOR SERVICE OF PROCESS,
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
3. **21 DAYS** of the date you were served with the petition; **OR**
4. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **FEBRUARY 22, 2022.**



*Myrihle Rosette*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: COURREGE, C. SCOTT**
*The following documents are attached: **PETITION FOR DAMAGES**

### SERVICE INFORMATION:

Received on the ____ day of _____, 20___ and on the ____ day of _____, 20___, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this ____ day of _____, 20___.

SERVICE:$ _____
MILEAGE$ _____
TOTAL: $ _____

_____
Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

I made service on the named party
by tendering a copy of this document on this day

FEB 28 2022

*M. Hardin*
by. Q. Shaw 2140
Deputy Sheriff, Parish of East Baton Rouge, LA

# RETURN COPY



D8468662

## CITATION

**DAVID HAYNES**
(Plaintiff)

VS

**TAKE 5 PROPERTIES SPV LLC, ET AL**
(Defendant)

NUMBER C-716192 "30"

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO: **TAKE 5 PROPERTIES SPV LLC**
**THROUGH ITS AGENT FOR SERVICE OF PROCESS,**
**CORPORATION SERVICE COMPANY**
**501 LOUISIANA AVENUE**
**BATON ROUGE, LA 70802**

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
3. **21 DAYS** of the date you were served with the petition; **OR**
4. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **FEBRUARY 22, 2022**.



*Myrihle Rosette*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: COURREGE, C. SCOTT**
*The following documents are attached: **PETITION FOR DAMAGES**

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.
**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.
**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.
**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

I made service on the named party by tendering a copy of this document on this day

SERVICE:$_____
MILEAGE$_____
TOTAL: $_____

Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

FEB 28 2022

*M Hardin* reud
by: Q Shaw 2140
Deputy Sheriff, Parish of East Baton Rouge, LA

# RETURN COPY



D8468647

## CITATION

**DAVID HAYNES**
(Plaintiff)

**VS**

**TAKE 5 PROPERTIES SPV LLC, ET AL**
(Defendant)

NUMBER C-716192 "30"

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO: **TAKE 5 LLC**
**THROUGH ITS AGENT FOR SERVICE OF PROCESS,**
**CORPORATION SERVICE COMPANY**
**501 LOUISIANA AVENUE**
**BATON ROUGE, LA 70802**

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
3. **21 DAYS** of the date you were served with the petition; **OR**
4. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **FEBRUARY 22, 2022**.



*Myrikla Rosette*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: COURREGE, C. SCOTT**
*The following documents are attached: **PETITION FOR DAMAGES**

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.                                              I made service on the named party

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.     by tendering a copy of this document on this day

SERVICE:$_____
MILEAGE$_____      _____
TOTAL:  $_____         Deputy Sheriff                        FEB 2 8 2022
                         Parish of East Baton Rouge
                                                            *M. Hardin, rewrb*
                             CITATION-2000                   by. Q. Shaw 2140
                                                       Deputy Sheriff, Parish of East Baton Rouge, LA

# RETURN COPY



D8468670

## CITATION

**DAVID HAYNES**
(Plaintiff)

VS

**TAKE 5 PROPERTIES SPV LLC, ET AL**
(Defendant)

**NUMBER C-716192 "30"**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO: **DRIVEN BRANDS SHARED SERVICES, LLC**
**THROUGH ITS AGENT FOR SERVICE OF PROCESS,**
**CORPORATION SERVICE COMPANY**
**501 LOUISIANA AVENUE**
**BATON ROUGE, LA 70802**

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
3. **21 DAYS** of the date you were served with the petition; **OR**
4. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **FEBRUARY 22, 2022.**



*Myrihle Rosette*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: COURREGE, C. SCOTT**
*The following documents are attached: **PETITION FOR DAMAGES**

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

I made service on the named party by tendering a copy of this document on this day

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

FEB 28 2022

*M. Hardin*, *v cad*
*by. Q. Shaw  2140*

CITATION-2000

Deputy Sheriff, Parish of East Baton Rouge, LA