UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID HAYNES

VERSUS

TAKE 5 PROPERTIES SPV, LLC, ET AL.

CIVIL ACTION

22-183-SDD-EWD

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Erin Wilder-Doomes dated March 3, 2023, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Remand*[3] is DENIED and this matter is referred back to the Magistrate Judge for entry of a scheduling order.

Signed in Baton Rouge, Louisiana, on this 23 day of March, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 7.
[2] Rec. Doc. 11.
[3] Rec. Doc. 7.